B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

**IN RE:** Case No. _____

**Michael Mazzeo Electric Corp.** Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Mercer Trust Company-Putnam Investments** Deferred Salary Plan #650193, Investors Norwood, MA 02062 | | | | 780,028.27 |
| **Joint Industry Board** 158-11 Harry Van Arsdale Jr. Avenue Flushing, NY 11365 | | | | 771,036.15 |
| **Hyundai Ideal Electric Company** PO Box 76170 Cleveland, OH 44101 | **Tammy Estep** | | | 435,119.51 |
| **Avon Electric Supplies** 60 Hoffman Avenue Hauppauge, NY 11788 | **William DeMuccio** | | | 387,410.53 |
| **Benfield Electric Supply** 25 Lafayette Avenue White Plains, NY 10603 | **Dan McLaughlin** | | | 307,675.21 |
| **L.B. Electric Supply Company** 5202 New Utrect Avenue Brooklyn, NY 11219 | **Jonathan Lifton** | | | 278,530.99 |
| **IG Federal Electric Company** PO Box 19185 Long Island City, NY 11101 | **Larry Eagan** | | | 277,641.42 |
| **NYS Dept. of Taxation and Finance** P.O. Box 5300 Albany, NY 12205-0300 | | | | 244,322.45 |
| **Jersey Electric Supply** 537 Mercer Street Jersey City, NJ 07306 | **Joe Corbett** | | | 220,062.83 |
| **Schneider Electric** PO Box 841868 Dallas, TX 75284 | **Dave Relinger** | | | 205,831.75 |
| **Midtown Electric Supply** 157 West 18th Street New York, NY 10011 | **Tim Gold** | | | 188,591.25 |
| **Pinto & Teger Electric Corp.** 14-14 123RD Street College Point, NY 11356 | **John Pinto** | | | 155,000.00 |
| **Dumont** PO Box 525 Sparta, NJ 07871 | **John Irizary** | | | 154,440.24 |
| **Ace Wire & Cable Co. Inc.** 72-01 51st Avenue Woodside, NY 11377 | **Jerry Firestone** | | | 153,987.48 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Von Rohr Equipment Corp.**<br>**PO Box 347**<br>**Bloomfield, NJ 07003** | **John Cancelliere** | **152,987.07** |
| **Avon/Liberty Electrical Supply**<br>**60 Hoffman Avenue**<br>**Hauppauge, NY 11788** | **William DeMuccio** | **141,158.82** |
| **GTI HarborTrucking & Rigging, Inc.**<br>**2 Galasso Place**<br>**Maspeth, NY 11378** | **Frank Galasso** | **136,370.86** |
| **Gotham Lighting Supply**<br>**1786 East 49th Street**<br>**Brooklyn, NY 11234** | **Todd Baslin** | **115,663.86** |
| **Lincoln Electric Products Company, Inc.**<br>**947 Lehigh Avenue**<br>**Union, NJ 07083** | **Bruce Leff** | **110,752.80** |
| **Conserve Electrical Supply**<br>**39-05 Crescent Street**<br>**Long Island City, NY 11101** | **Larry Sullivan** | **92,202.57** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October 21, 2011**     Signature: ***/s/ David Parker***

**David Parker, CEO**
(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only