**United States Bankruptcy Court**
**Southern District of New York**

**IN RE:** Case No. _____

**Michael Mazzeo Electric Corp.** Chapter **11**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **October 21, 2011**   Signature: */s/ David Parker*
                             **David Parker, CEO**                                    Debtor

Date: _____   Signature: _____
                                                                        Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

AAA Architectural Hardware
44 West 46th Street
New York, NY  10036


Access Highway.Com
P.O. Box 432
Islip Terrace, NY  11752


Ace Wire & Cable Co. Inc.
72-01 51st Avenue
Woodside, NY  11377


Administration Maint. Fund
200 Parkway Drive South
Hauppauge, NY  11788


Advanced Reprographic Solutions
20 Herritage Place South
Nesconset, NY  11767


AEC Reprographics
44 West 39th Street
New York, NY  10018


Air Control Techology Inc
135-35 115th Street
South Ozone Park, NY  11420


Allied North America Insurance
390 North Broadway
Jericho, NY  11753


ASCO Power Technologies, LP
PO BOX 905013
CHARLOTTE, NC  28290

AT&T  
P.O. Box 105068  
Atlanta, GA  30348

AT&T  
P.O. Box 8212  
Aurora, IL  60572

AT&T Mobility  
PO Box 6463  
Carol Stream, IL  60197

Atlantic Detroit Diesel-Allison, LLC  
PO 950  
Lodi, NJ  07644

Aurora Electric Inc.  
JFK Internation Airport - Building 141,  
Jamacia, NY  11430

Avon Electric Supplies  
60 Hoffman Avenue  
Hauppauge, NY  11788

Avon/Liberty Electrical Supply  
60 Hoffman Avenue  
Hauppauge, NY  11788

Benfield Control Systems, Inc.  
25 LAFAYETTE AVENUE  
White Plains, NY  10603

Benfield Electric Supply  
25 Lafayette Avenue  
White Plains, NY  10603

Benfield Lighting Inc.
100 B Tec Street
Hicksville, NY  11801


Charles Catalfamo
14 John Dorsey Drive
Cortlandt Manor, NY  10567


Chriker Realty LLC
971 Ripley Lane
Oyster Bay, NY  11771


Cintas Corporation #790
PO Box 630803
Cincinnati, OH  45263


Clearwater Systems Corp.
145 Dennison RD
Essex, CT  06426


Colonial Hardware
PO Box 822799
Philadelphia, PA  19182


Con Edison
P.O. Box 1702
New York, NY  10116


Conserve Electrical Supply
39-05 Crescent Street
Long Island City, NY  11101


Cross-Fire Security Co., Inc.
1756 86th Street
Brooklyn, NY  11214

Daniel Feinberg  
126 West 14th Street  
Deer Park, NY  11729


DavEd Fire Systems, Inc.  
307 West Pleasantview Avenue  
Hackensack, NJ  07601


David Parker  
72 Ketewamoke Avenue  
Babylon, NY  11702


Deer Park Spring Water Company  
PO Box 856192  
Louisville, KY  40285


Digital Solutions  
PO Box 842703  
Boston, MA  02284


Drillco Equipment Co., Inc.  
P.O. Box 2008  
Long Island City, NY  11102


Dumont  
PO Box 525  
Sparta, NJ  07871


Dynamic Fire  
37-14 13th Street  
Long Island City, NY  11101


E.I.B., ABC Fund  
372 Vanderbilt Motor Parkway  
Hauppauge, NY  11788

Eastern Industrial Equipment
2231 Jericho Turnpike
Garden City Park, NY  11040

Electri'21 Council
3 Bethesda Metro Center
Bethesda, MD  20814

Electrotech Service Equipment Corp.
24-50 46th Street
Long Island City, NY  11103

Elemco Services, Inc.
228 Merrick Road
Lynbrook, NY  11563

Empire Commercial Services LP
543 Cary Avenue
Staten Island, NY  10310

Empire Tools
313 HALSTEAD AVENUE
MAMARONECK, NY  10543

ExxonMobile Fleet
P.O. Box 5727
Carol Stream, IL  60197

Federal Express Corporation
PO Box 371461
Pittsburgh, PA  15250

Fire Code Services, Inc.
370 Marin Blvd.
Jersey City, NY  07302

FireQuench Inc.
38 East 32nd Street
New York, NY  10016


Ford Credit
PO Box 220564
Pittsburg, PA  15257


Gallagher Bassett Services, Inc.
4 Flowers Drive
Mechanicsburg, PA  17050


Gallant & Wein Corporation
11-20 43rd Road
Long Island City, NY  11101


Gene Kinnear
48 Perry Lane
Bayville, NY  11709


Gerald Grantz
350 Tulip Avenue
Floral Park, NY  11001


Getgo Messenger Service
57-31 Cooper Avenue
Ridgewood, NY  11385


GMAC
6716 Grade Lane
Louisville, KY  40213


GMAC Payment Processing
PO Box 9001948
Louisville, KY  40290

Gotham Lighting Supply
1786 East 49th Street
Brooklyn, NY  11234


Greenvale Electric Supply
385 Glen Cove Road
Greenvale, NY  11548


GTI HarborTrucking & Rigging, Inc.
2 Galasso Place
Maspeth, NY  11378


H. Schacht Electrical Supply, Inc.
P.O. Box 380781
Brooklyn, NY  11238


Harbor Electric Fab & Tool
29 Portman Road
New Rochelle, NY  10801


Heary Brothers Lightning Protection Co.
11291 Moore Road
Springville, NY  14141


Hilti, Inc.
P.O. Box 382002
Pittsburge, PA  15250


Hyundai Ideal Electric Company
PO Box 76170
Cleveland, OH  44101


I. Rauch's Sons Inc.
32-20 112th Street
East Elmhurst, NY  11369

IG Federal Electric Company  
PO Box 19185  
Long Island City, NY  11101


Imperial Fire Protections System, Inc.  
PO Box 1111  
Long Island City, NY  11101


Independent Aerial Equipment  
765 York Street  
Elizabeth, NJ  07201


J.H. Cohn LLP  
1311 Mamaroneck Avenue  
White Plains, NY  10605


Jason Blanche  
107-52 108th Street  
Ridgemond Hill, NY  11419


Jason McMullen  
2 Garber Hill Road  
Blauvelt, NY  10913


Jersey Electric Supply  
537 Mercer Street  
Jersey City, NJ  07306


Joe Pirrone  
21 Garden Place  
Merrick, NY  11566


John Devery  
1127 Washington Street  
Hoboken, NJ  07030

John Lebohner
23 Lambeth Street
Holbrook, NY  11741


Joint Industry Board
158-11 Harry Van Arsdale Jr. Avenue
Flushing, NY  11365


Joseph T. Raffaele Consulting
91 Robinson Avenue
Staten Island, NY  10312


JT&T Air Conditioning Corp.
64-54 Maurice Avenue
Maspeth, NY  11378


Kevin Quealy
1419 Mace Avenue
Bronx, NY  10469


L. Graziose Plumbing & Heating
447 Forest Avenue
Locus Valley, NY  11560


L.B. Electric Supply Company
5202 New Utrect Avenue
Brooklyn, NY  11219


Levitan Robbins
PO BOX 415925
Boston, MA  02241


Liberty Electrical Supply
PO Box 643582
Pittsburg, PA  15264

Lincoln Electric Products Company, Inc.
947 Lehigh Avenue
Union, NJ   07083


Local Union #25 - C.O.P.E.
370 Vanderbilt Motor Parkway
Hauppauge, NY   11788


Local Union #25, I.B.E.W.
370 Vanderbilt Motor Parkway
Hauppauge, NY   11788


Long Island Chapter, NECA
200 Parkway Drive South
Hauppauge, NY   11788


Magic Exterminating Company
5901 Kissena Boulevard
Flushing, NY   11355


Mark Meilunas
137 Pleasure Drive
Flanders, NY   11901


Matthew Parker
72 Ketewamoke Avenue
Babylon, NY   11702


McGrath RentCorp dba TRS-RenTelco
P.O Box 45075
San Fransico, CA   94145


MegaPath
PO Box 39000
San Fransico, CA   94139

Mercer Trust Company-Putnam Investments
Deferred Salary Plan #650193, Investors
Norwood, MA  02062


Metropolis Group, Inc.
299 Broadway, Suite 600
New York, NY  10007


Michael A Joyce
52 Park Avenue
Port Washington, NY  11050


Michael Mazzeo DATACOM
41-26 24th Street
Long Island City, NY  11101


Midtown Electric Supply
157 West 18th Street
New York, NY  10011


Miles Blacksberg
39-05 223rd Street
Bayside, NY  11361


Mr. T Carting Corp.
73-10 Edsall Avenue
Glendale, NY  11385


National Elect Benefit
200 Parkway Drive South
Hauppauge, NY  11788


NationalReprograhicsInc
44 West 18th Street
New York, NY  10011

New York Electrical Contractors Assoc.
1430 Broadway
New York, NY  10018


New York Supply & Inspection Co., Inc.
237 West 35th Street
New York, NY  10001


Nicholas Pimpinella
591 Bloomingdale Road
Staten Island, NY  10309


North American Video
Lockbox #6931, PO Box 8500
Philadelphia, PA  19178


NYC Chapter, Inc.
1430 Broadway
New York, NY  10018


NYC Department of Finance
Attn: Legal Affairs
345 Adams Street, 3rd Floor
Brooklyn, NY  12201


NYS Dept. of Taxation and Finance
P.O. Box 5300
Albany, NY  12205-0300


NYS Dept. of Taxation and Finance
P.O Box 551
Albany, NY  12201


On-Trac Construction Associates, Inc.
88-60 Myrtle Avenue
Glendale, NY  11385

P.J. Mechanical Service & Maint Corp.
135 West 18th Street
New York, NY   10011


Patrick Berna
26 Tall Tulip Lane
Yonkers, NY   10710


Patrick Grantz
65-77 Parsons Blvd.
Flushing,      11365


Pinto & Teger Electric Corp.
14-14 123RD Street
College Point, NY   11356


Pitney Bowes Credit Corporatiion
11 Penn Plaza, Suite 1600
New York, NY   10001


Poland Spring
37 Preservation Way
Poland Spring, ME   04272


Precision Auto Works
37-46 9th Street
Long Island City, NY   11101


Pride Equipment Corporation
150 Nassau Avenue
Islip, NY   11751


Primary Electrical Supply
129-10 Hillside Avenue
Richmond Hill, NY   11418

Proactive Technology Group
460 Grand Blvd.
Westbury, NY  11590


Professionally Speaking
70 Glen Street, Suite 390
Glen Cove, NY  11542


Quill
P.O. BOX 37600
Philadelphia, PA  19101


Richards, Vissicchio & Poliseno, PC
380 North Broadway
Jericho, NY  11753


Robert Carroll
129 Maplecrest Drive
Lake Ronkonkoma, NY  11779


Robert MacDowell
1571 Louis Kossuth Avenue
Bohemia, NY  11716


Robert Moss
7 Appaloosa Trail
Centereach, NY  11720


Robert Struthers
103 Gansevoort Blvd.
Staten Island, NY  10314


RSC Equipment Rental
824-850 Magnolia Avenue
Elizabeth, NJ  07201

Russ Flaum
23 Croyden Street
New Hyde Park, NY  11040


Satin American Corporation
40 Oliver Terrace
Shelton, CT  06484


Schneider Electric
PO Box 841868
Dallas, TX  75284


Schwing Electrical Supply Corp.
122 Allen Blvd
Farmingdale, NY  11735


SDM Representatives, Inc.
220 Maple Avenue - Suite 203
Rockville Centre, NY  11570


Seton IdentificationProducts
P.O. Box 95904
Chicago, IL  60694


Siemens Building Technologies
7850 Collect Center Drive
Chicago, IL  60693


Signature Building Systems, Inc.
109 West 38th Street, Suite #800
New York, NY  10018


Sirina Protection Systems Corp.
118 West 27th Street, 3rd Floor
New York, NY  10001

SKAE Power Solutions
40 Ramland Road, Suite 210
Orangeburg, NY  10962


Steven D'Angio
32 Barbara Street
Bethpage, NY  11714


Steven Evangelista
1255 James Farm Road
Stratford, CT  06614


Surrey Cadillac Limousine
439 East 77th Street
New York, NY  10075


The Electric Man, Inc.
PO Box 86
Wardsboro, VT  05355


Timewarner Cable of NYC
PO Box 9227
UNIONDALE, NY  11555


Total Electrical Distributors, Inc.
388 South Avenue
Staten Island, NY  10303


Trade Service
15092 Avenue of Science
San Diego, CA  92128


Triangle Services, Inc.
PO Box 768
New York, NY  10018

Turbine Engine Service Company
8 tulip Lane
Colts Neck, NJ   07722


United Lighting & Electrical
6037 Jericho Turnpike
Commack, NY   11725


United Rentals, Inc.
PO Box 100711
Atlanta, GA   30384


US Treasury Internal Revenue Service
Centralized Insolvency Operations
P.O Box 7346
Philadelphia, PA   19101-7346


Verizon
P.O. Box 15124
Albany, NY   12212


Verizon
PO Box 1100
Albany, NY   12250


Verizon
PO Box 5200
White River Junction, VT   05001


Verizon Wireless
PO Box 408
Newark, NJ   07101


Von Rohr Equipment Corp.
PO Box 347
Bloomfield, NJ   07003

W.B. Mason Co., Inc.
PO Box 55840
Boston, MA  02205


Weeks Lerman Group, LLC
58-38 Page Place
Maspeth, NY  11378


William Burgaleta
87 Scotland Road
Chestnut Ridge, NY  10977


Wise Components, Inc.
PO Box 52428
Newark, NJ  07101