UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MICHAEL MAZZEO ELECTRIC CORPORATION., | : | Case No. 11-14888 |
| | : | |
| Debtor. | : | |

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MICHAEL MAZZEO DATACOM INC., | : | Case No. 11-14889 |
| | : | |
| Debtor. | : | |

**ORDER DIRECTING JOINT ADMINISTRATION
OF CASES PURSUANT TO RULE 1015(b)
<u>OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

Upon consideration of the Motion of the Debtors Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for Joint Administration of Cases, dated October 21, 2011 ("<u>Motion</u>"), filed by Michael Mazzeo Electric Corporation ("<u>MME</u>"), and Michael Mazzeo Datacom Inc. ("<u>MMD</u>" and together with MME "<u>Debtors</u>"), as debtors and debtors in possession, seeking entry of an order directing joint administration for procedural purposes only of the above-captioned Chapter 11 cases of the above-captioned debtors and debtors in possession; and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that the relief requested in the Motion is in the best interest of the Debtors and their respective estates and creditors; and it appearing that due and appropriate notice of the Motion has been given and no further notice need be given; and upon the proceedings before the Court; and good and sufficient cause appearing;

IT IS HEREBY ORDERED THAT:

1

1. The Motion is granted.

2. The above-captioned Chapter 11 cases be, and hereby are, consolidated for procedural purposes only and shall be jointly administered by the Court.

3. To the extent that any affiliates of the Debtors subsequently commence chapter 11 cases, such Chapter 11 cases shall be consolidated for procedural purposes only, shall be jointly administered by the Court, and the provisions of this Order shall apply to all such debtors and their respective estates.

4. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases.

5. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **MICHAEL MAZZEO ELECTRIC CORPORATION., et al.,** | : | **Case No. _____** |
| | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | |

6. A docket entry shall be made in each of the above-captioned cases, and in the event related cases are subsequently filed, substantially as follows:

"An order has been entered in this case directing the joint administration for procedural consolidation purposes only of the Chapter 11 cases of Michael Mazzeo Electric Corporation and Michael Mazzeo Datacom Inc. and all subsequently filed Chapter 11 cases of Debtors' affiliates, and the docket in Case No. 11-14888 should be consulted for all matters affecting this case."

Dated: New York, New York
      October ___, 2011

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE